**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALEX LEE CAMPBELL,

    Petitioner,

vs.                                      Case No.     3:12-cv-905-J-34MCR
                                                                    3:09-cr-51(S1)-J-34MCR

UNITED STATES OF AMERICA,

    Respondent.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 53; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on April 27, 2015. In the Report, Judge Richardson recommends that Petitioner Alex Lee Campbell's Motion to Vacate Under 28 U.S.C. § 2255 (Dkt. No. 1) be denied. See Report at 43. On May 13, 2015, Petitioner filed objections to the Report. See Defendant Alex Lee Campbell's Objection to the Report and Recommendation of the Magistrate Filed April 27, 2015 (Dkt. No. 56; Objections). Respondent filed a response to the Objections on May 29, 2015. See United States' Response to Petitioner's Objections to the Report and Recommendation (Dkt. No. 57; Response). Thus, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in Judge Richardson's Report, the Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.[1]  Accordingly, it is hereby

**ORDERED:**

1.     Defendant Alex Lee Campbell's Objection to the Report and Recommendation of the Magistrate Filed April 27, 2015 (Dkt. No. 56) is **OVERRULED**.

2.     The Magistrate Judge's Report and Recommendation (Dkt. No. 53) is **ADOPTED**.

3.     Petitioner Alex Lee Campbell's Motion to Vacate Under 28 U.S.C. § 2255 (Dkt. No. 1) is **DENIED**.

---

[1] In doing so, the Court adds only that presenting evidence that Alex lived at, or was sufficiently connected to the Praver residence to establish an expectation of privacy in it, would have been entirely inconsistent with the strategy of distancing Alex from the marijuana conspiracy. At the Praver residence, law enforcement located significant evidence of marijuana trafficking including two 50 pound packages of marijuana, an open laptop with the screen displaying the UPS tracking number of a package of marijuana, and a money counter. Emphasizing Alex's connection to a location obviously connected to the marijuana conspiracy would have been damaging to this defense strategy. As such, it was entirely reasonable for counsel to avoid emphasizing any connection to the Praver residence.

    4.       The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of June, 2015.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record
Petitioner Alex Lee Campbell